UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY, A CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT BLAIR, TANIA GAMBOA, INFINITY INSURANCE COMPANY, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. EDCV 13-00290-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Third Party Plaintiff Scott Blair's First Amended Third Party Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: August 27, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge