**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jhanson@whwlawcorp.com

JS-6

JOHN R. HANSON, SBN 149794

Attorneys for Plaintiff, DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT**

| | |
|---|---|
| DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation,<br><br>            Plaintiff<br>v.<br><br>SCOTT BLAIR, TANIA GAMBOA, INFINITY INSURANCE COMPANY, and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No. EDCV13-290-VAP(DTBx)<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: _October 22, 2014

*/s/ Virginia A. Phillips*
HONORABLE JUDGE OF THE
U.S. DISTRICT COURT

---

1
ORDER ON STIPULATION FOR DISMISSAL